### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKNEY HAYES ARCHITECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYCREST PLB REALTY LLC, successor-in-title to GREIT – Public Ledger, LLC, <br><br> Defendant. | CIVIL ACTION NO. 2:24-cv-03806-CFK |

### STIPULATION TO VACATE CONSENT JUDGMENT AND TO DISMISS

IT IS HEREBY stipulated and agreed that on this date, the Consent Judgment entered in this matter on October 1, 2024 is hereby vacated and the matter is dismissed in its entirety.

AGREED AND STIPULATED:

| **ROYER COOPER COHEN BRAUNFELD LLC** | **LIPSKY AND BRANDT** |
|---|---|
| By: */s/ Sean S. Litz* <br> Sean S. Litz, Esquire (204229) <br> Two Logan Square <br> 100 N. 18th Street, Suite 710 <br> Philadelphia, PA 19103 <br> slitz@rccblaw.com <br> T: 215-839-1000 <br> F: 484-362-2630 <br> *Attorneys for Plaintiff, Blackney Hayes Architects, Inc.* | By: */s/ Brian P. Perini* <br> Brian P. Perini, Esquire <br> 1101 Market Street, Suite 2820 <br> Philadelphia, PA 19107 <br> bperini@lipskybrandt.com <br> T: 215-922-6644 <br> *Attorneys for Defendant, Baycrest PLB Realty LLC, successor-in-title to GREIT – Public Ledger, LLC* |

Dated: October 8, 2024

Dated: October **8**, 2024

**APPROVED BY THE COURT**:

*/s/ Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**